# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| MARY J. FAURE, : | |
| : | Case No. 2:19-cv-1949 |
| Plaintiff, : | |
| : | Judge Sargus |
| v. : | |
| : | Magistrate Judge Vascura |
| : | |
| THE OHIO STATE UNIVERSITY, : | |
| *et al.*, : | |
| Defendants. : | |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41

Now come the Parties, who pursuant to Rule 41(a) of the Federal Rules of Civil Procedure stipulate that Plaintiffs' claims against all Defendants be dismissed *with prejudice.* Each party to bear its own attorneys' fees and costs.

Respectfully submitted:

| | |
|---|---|
| By: */s/ Samuel M. Schlein*<br>Samuel M. Schlein (0092194)<br>(sschlein@marshallforman.com)<br>John S. Marshall (0015160)<br>(jmarshall@marshallforman.com)<br>Edward R. Forman (0076651)<br>(eforman@marshallforman.com)<br>Helen M. Robinson (0097070)<br>(hrobinson@marshallforman.com)<br>Madeline J. Rettig (0098816)<br>(mrettig@marshallforman.com)<br>MARSHALL FORMAN AND SCHLEIN LLC<br>250 Civic Center Dr., Suite 480<br>Columbus, Ohio 43215-5296 | DAVE YOST (0056290)<br>Ohio Attorney General<br><br>/s/ *Marie-Joëlle C. Khouzam per consent*<br>Marie-Joëlle C. Khouzam (0055908)<br>Erin E. Butcher (0087278)<br>BRICKER & ECKLER LLP<br>100 South Third Street<br>Columbus, Ohio  43215<br>Phone: 614-227-2300<br>Fax: 614-227-2390<br><br><br>*Counsel for Defendants* |

| | |
|---|---|
| (614) 463-9790<br>Fax (614) 463-9780 | |

## CERTIFICATE OF SERVICE

  This is to certify that the foregoing was filed with the Court this 14th day of March, 2022, using the Court's electronic filing system, which will send notification of such filing to all counsel of record. Parties may access this filing through the court's filing system.

            By: */s/ Samuel M. Schlein*
              Samuel M. Schlein (0092194)